NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**H.D. WILHOITE,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

---

2013-7110

---

Appeal from the United States Court of Appeals for
Veterans Claims in No. 10-2018, Judge Lawrence B.
Hagel.

---

**ON MOTION**

---

**O R D E R**

H.D. Wilhoite moves for the court to waive the filing
fee and for an extension of time to file the appellant's
opening brief.

We note that the United States Court of Appeals for
Veterans Claims permitted Wilhoite to proceed in forma
pauperis.  Pursuant to Fed. R. App. P. 24(a)(3), Wilhoite
may proceed in forma pauperis on appeal without further

WILHOITE v. SHINSEKI                                                    2

authorization.   The court also notes that Mr. Wilhoite filed his brief on July 19, 2013.

Accordingly,

IT IS ORDERED THAT:

 (1)  The motion to waive the filing fee is moot.

 (2)  The motion for an extension of time is moot.


                        FOR THE COURT


                         /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk


s21